UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

SUSAN S. CRANE

                Defendant.

CASE NO. CR10-5586BHS

ORDER DENYING DEFENDANT'S MOTION TO STAY SUPERVISED RELEASE PENDING APPEAL

This matter comes before the Court on Defendant Susan S. Crane's ("Crane") motion to stay supervised release pending appeal (Dkt. 232). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

In her motion, Crane requests that the Court stay her supervised release pending resolution of her appeal to the Ninth Circuit Court of Appeals. Dkt. 232. The Court concludes that the motion should be denied. Although it is unclear to the Court, as the Government points out, whether 18 U.S.C. § 3143(b), a statute governing stays pending appeal, applies to a request to stay supervised release, the Court concludes that the

standard has not been met in that Crane has failed to show that the appeal will likely result in the elimination of her supervised release. The Court also concludes that Crane failed to show any other good cause why the supervised release should be stayed pending appeal.

Therefore, it is hereby **ORDERED** that Crane's motion to stay supervised release pending appeal (Dkt. 232) is **DENIED**.

Dated this 13th day of March, 2012.

BENJAMIN H. SETTLE
United States District Judge