UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SUSAN CRANE, <br><br> Defendant. | CASE NO. CR10-5586BHS <br><br> ORDER DENYING DEFENDANT'S MOTION |

On May 30, 2012, Susan Crane, Pro Se, filed a Motion for Hearing for Early Termination of Supervised Release. Dkt. 242. The motion does not provide supporting facts to justify such modification. Accordingly, the motion is denied without prejudice.

**IT IS SO ORDERED**

Dated this 18th day of June, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1